EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 8 2002

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR02-00340 SOM |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| v. | ) | [18 U.S.C. § 751] |
| | ) | |
| MARJORIE CARROLL, | ) | |
| | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

On or about June 30, 2002, in the District of Hawaii, the defendant, MARJORIE CARROLL, knowingly and intentionally escaped from custody in Miller Hale, an institutional facility in which she was lawfully confined at the direction of the Attoeny General by virtue of a judgment and commitment of the United States District Court for the District of Hawaii by virtue of

conviction for Possession with Intent to Distribute Cocaine Base, within one thousand (1,000) feet from a public playground, a felony offense, in violation of Title 21, United States Code, Sections 841(a)(1) and 860(a).

All in violation of Title 18, United States Code, Section 751(a).

DATED: August 8, 2002 at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney

for
_____
ELLIOT ENOKI
First Assistant U.S. Attorney

for
_____
CONSTANCE HASSELL
Assistant U.S. Attorney

United States v. Marjorie Carroll
Indictment
Cr. No.